**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, *ex. rel.* | ) | |
| KEVIN KEAVENEY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-855 |
| | ) | |
| SRA INTERNATIONAL, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On February 3, 2017, the Court referred this case to Magistrate Judge Harvey for full case management. SRA International, Inc. and Systems Research Application Corporation, and Triton Services, Inc. (collectively "defendants") moved to dismiss the Relators' amended complaint, which alleges that defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq.* Magistrate Judge Harvey issued a Report and Recommendation on May 7, 2018. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Harvey contained in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED**; and it is

1

**FURTHER ORDERED** that plaintiff's amended complaint is

**DISMISSED** without prejudice.

**SO ORDERED.**

**Signed:     Emmet G. Sullivan**
**            United States District Judge**
**            January 17, 2019**